UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Civil No. 06cv2289-L(AJB) |
| Plaintiff, | ) | ORDER OF FORFEITURE |
| v. | ) | |
| $20,796.00 IN U.S. CURRENCY and THREE MEN'S WATCHES VALUED AT $10,400.00, | ) | |
| Defendants. | ) | |

On July 3, 2007, Claimant Juan Alberto Garcia and Plaintiff United States of America filed Joint Motion for Forfeiture of Defendant Currency and Men's Watches("Joint Motion"). For good cause appearing therefor, the Joint Motion is **GRANTED.**

1. Claimant and the United States have moved this court for the forfeiture to the United States of Defendant property, to wit: $20,796.00 in U.S. Currency and Three Men's Watches Valued at $10,400.00. Defendants in their entirety are hereby condemned and forfeited to the United States.

2. Any costs incurred by the United States incident to the seizure and forfeiture of Defendants shall be borne by the United States.

/ / / / /

3. The person or persons who made the seizure or the prosecutor shall not be liable to suit or judgment on account of such seizure in accordance with Title 28, United States Code, Section 2465.

4. The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations the claimant may owe to the United States.

5. The parties to this settlement agree that each will bear his, her or its own attorney's fees and costs.

5. Claimant, his agents, employees, or assigns, must hold and save harmless the United States, its agents and employees, from any and all claims which might result from the seizure and forfeiture of Defendants.

6. This case is hereby **ORDERED** closed. The Clerk of Court is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: July 5, 2007

_____
M. James Lorenz
United States District Court Judge